AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

**FILED**
01/23/2026
Clerk, U.S. District Court
Western District of Texas

By: *AQ*
Deputy

| | |
|---|---|
| **USA** | § § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: **EP:26-M -00400(1)  LE** |
| **(1) ANDRES JOSE-ANDRES** | § § § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 21, 2026** in **Hudspeth** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326(a)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: **" The DEFENDANT, Andres JOSE-Andres, an alien to the United States and a citizen of GUATEMALA was found approximately 1.8 miles west of the Fort Hancock Port of Entry in Fort Hancock, Texas in the Western District of Texas.  From statements "Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/S/ FLORES, ALBERT S.
Signature of Complainant
Border Patrol Agent

January 23, 2026
File Date

at EL PASO, Texas
City and State

LAURA ENRIQUEZ
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

**OATH TELEPHONICALLY SWORN
AT 01:01  P.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - **EP:26-M -00400(1)**

**WESTERN DISTRICT OF TEXAS**

**(1) ANDRES JOSE-ANDRES**

*FACTS   (CONTINUED)*

made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of GUATEMALA, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to GUATEMALA on 12/17/2025 through HARLINGEN, TX.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

**Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.**

IMMIGRATION HISTORY:

**The DEFENDANT has been granted 3 voluntary returns, the last on March 4, 2010, through EL PASO, TX**
**The DEFENDANT has been granted 1 Voluntary Departure, the last on September 29, 2025, through ALEXANDRIA, LA**
**The DEFENDANT has been removed 1 time, the last one being to GUATEMALA on December 17, 2025, through HARLINGEN, TX**

CRIMINAL HISTORY:

**04/10/2013, POLK COUNTY, FL, DRIVING UNDER THE INFLUENCE DUI(M), CNV, 12 MONTHS JAIL TIME, $1000 FINE, $922 COURT COST, 12 MONTHS PROBATION.**
**08/24/2015, POLK COUNTY, FL, NO VALID DRIVER LICENSE(M), CNV, 45 DAYS JAIL TIME, $50 FINE, $376 COURT COST.**